## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ABC

                              Plaintiffs,

    v.

DEF

                                Defendant.

Case No. 1:25-mc-546

**ORDER TO FILE REDACTED COMPLAINT**

Plaintiffs, having moved to file a new civil case with a redacted complaint and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed with a redacted complaint in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner, in paper form, it is hereby

ORDERED, subject to modification by the District Judge assigned to the case, that this case may be filed with a redacted complaint in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner, in paper form. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form. ~~The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.~~

Dated:  December 2, 2025
      New York, New York

SO ORDERED:

_Valerie Caproni_